# GENESIS C. STEPHENS

384TH DISTRICT COURT, 500 E. San Antonio Ave. # 906

(915)546-2134     (915)543-3882

gstephens@epcounty.com

January 27, 2015

Court of Criminal Appeals

500 E. San Antonio Ave. #1203

El Paso, TX 79901

Re:     Fidenco Valdez v. State of Texas

Appellate Cause Number:     AP-77,042

**FILED IN
COURT OF CRIMINAL APPEALS**

**JAN 28 2015**

**Abel Acosta, Clerk**

I Genesis C. Stephens, Official Court Reporter, certify to the Court that I am unable to file the reporter's record in the above styled and numbered case due January 29, 2015 for the following reason(s):

This is a lengthy record consisting of over 6,000 pages, not including exhibits. Due to my current case load I have about 3,000 pages to complete. I respectfully ask the Court to grant a three-month extension of time, or as much time as may be allotted for this type of Record. Thank you.

/s/Genesis Stephens
_____

Genesis C. Stephens, TEXAS CSR #7835

Expires December 31, 2015

1